# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 522 |
| | : | |
| ORDER AMENDING RULES 115 AND | : | CRIMINAL PROCEDURAL RULES |
| 1012 OF THE PENNSYLVANIA RULES | : | |
| OF CRIMINAL PROCEDURE | : | DOCKET |

## ORDER

**PER CURIAM**

 **AND NOW**, this 3rd day of August, 2020, upon the recommendation of the Criminal Procedural Rules Committee; the proposal not having been published before adoption in the interests of justice and efficient administration, and a *Final Report* to be published with this **ORDER:**

 **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rules of Criminal Procedure 115 and 1012 are amended, in the attached form.

 This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective October 1, 2020.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.